■ In the Matter of "GIRL" JACOBSON, Also Known as DONNA JACOBSON. NEW YORK SOCIETY FOR PREVENTION OF CRUELTY TO CHILDREN, Law Guardian.—Motion to dismiss appeal granted and the appeal dismissed as moot and because of the delay of over one year in perfecting the appeal.

(See 22 NYCRR 600.11 [a] [3]). Concur—Birns, J. P., Fein, Sandler and Silverman, JJ.